[No. 18947.  Department One.  April 14, 1925.]

ANTON OSTEN, *Respondent*, v. LILY CURTIS, *Appellant*.[1]

APPEAL (418)—REVIEW—FINDINGS.  Findings upon conflicting evidence will not be disturbed where the court is not convinced that the evidence fails to preponderate against them.

Appeal from a judgment of the superior court for King county, Reynolds, J., entered March 15, 1923, upon findings in favor of the plaintiff, in an action on contract, tried to the court.  Affirmed.

*Spencer Gray*, for appellant.

*Bronson, Robinson & Jones* and *W. L. Grill*, for respondent.

BRIDGES, J.—The respondent sought judgment against the defendant for $86 for carpenter work alleged to have been performed at defendant's request on a dwelling owned by her.  She denied that the services were worth the amount alleged, and counterclaimed for damages in the sum of $300 or $400 done to the house by respondent because of alleged defective work.

There is involved nothing but a question of fact.  The trial court held with the plaintiff and gave him a judgment for the amount sued for.  A reading of the testimony fails to convince us that it preponderates against those findings.  That we will not disturb findings of fact made by the trial court unless we are convinced that they are against the preponderance of the evidence is too well established in this court to require citation of cases.

The judgment is affirmed.

TOLMAN, C. J., MAIN, PARKER, and ASKREN, JJ., concur.

[1]Reported in 234 Pac. 1032.